## WINDHAM COUNTY, MARCH TERM, A. D. 1792.

### ABBY V. CARGEL.

If a justice goes out of his town to try a cause it is error.

ERROR, complaining of a judgment of Justice Childs of Woodstock, in an action brought by Cargel v. Abby, both of Thompson, for a mistake made in a settlement, alleging that there were justices in said Thompson who could by law judge between the parties.

The judgment was reversed, being a point long since settled.